

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

JMR
F.#2009R00579

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 6, 2010

By ECF and Hand Delivery

The Honorable Sterling Johnson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. John Burke, et al.
            Criminal Docket No. 09-135 (S-5) (SJ)

Dear Judge Johnson:

      The government respectfully submits this letter to request the rescheduling of the defendant Angelo Ruggiero's arraignment on the superseding indictment, which is currently scheduled for December 8, 2010 at 9:30 a.m.  The government has been informed by Deputy U.S. Marshal Peter Lee of the U.S. Marshals Service that Ruggiero is still in transit from FCI Jesup in Georgia, and that he will not be in the Eastern District of New York for his scheduled appearance on Wednesday.  Accordingly, the government respectfully requests that Ruggiero's arraignment be rescheduled to December 15, 2010 at 9:30 a.m. to allow additional time for Ruggiero's transport to the Eastern District of New York.

                            Respectfully submitted,

                            LORETTA E. LYNCH
                            United States Attorney

            By:      /s/
                  Jacquelyn M. Rasulo
                  Whitman G.S. Knapp
                  Assistant United States Attorneys
                  (718) 254-6103/6107

cc:  All counsel (by ECF)
     Clerk of Court (SJ) (by ECF)