**Law Offices of**
**GUY OKSENHENDLER**
27 Union Square West
Suite 503
New York, New York 10003
(212) 213-4666
Fax: (212) 213-1462

July 14, 2011

VIA ECF

Honorable Sterling Johnson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Angelo Ruggiero
                09 cr 135
                <u>Request to Submit Interim CJA Voucher</u>

Dear Judge Johnson:

      Reference is made to counsel's appointment by the Court to represent defendant Angelo Ruggiero in the above-entitled case. It is respectfully requested that Your Honor grant this request for counsel to file an interim CJA Voucher for payment for services rendered by counsel. Counsel has expended considerable effort in representing Mr. Ruggiero over the past six months and would like to submit an interim voucher at this time.

      Should Your Honor have any questions regarding this or any other request please do not hesitate to contact counsel immediately.

                                          Very truly yours,

                                          /s/

                                          Guy Oksenhendler