UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA

- against -

ANGELO RUGGIERO,

                Defendant.
-------------------------------------------------x

09 Cr. 135 (SJ)

Stipulation and Proposed Order

It is hereby stipulated and agreed by and among the undersigned, subject to the approval of the Court, that Guy Oksenhendler, Esq., who was appointed pursuant to the Criminal Justice Act to represent Angelo Ruggiero, be relieved as counsel in light of Angelo Ruggiero's retention of Charles F. Carnesi, Esq.

_____
CHARLES F. CARNESI
Attorney at Law
1225 Franklin Avenue, Suite 325
Garden City, New York 11530
516-512-8914
516-873-8881 (fax)
cfcarnesi49@aol.com

_____
GUY OKSENHENDLER
Attorney at Law
27 Union Square West, Suite 503
New York, NY 10003
212-213-4666
212-213-1462 (fax)
goksenhendleresq.@aol.com

_____
ANGELO RUGGIERO

**SO ORDERED:**

_____
**STERLING JOHNSON, Jr.**
**United States District Judge**

DATED:    Brooklyn, New York
                September ___, 2011