UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA                    09 Cr. 135 (SJ)

    - against -                                        NOTICE OF APPEARANCE

ANGELO RUGGIERO,

                          Defendant.
-----------------------------------------------------x

       Undersigned counsel hereby notes his appearance on behalf of defendant ANGELO RUGGIERO in the above-captioned matter and requests that he receive Notices of Electronic Filing in this case.

Dated:  New York, New York
          October 14, 2011

                                                          Respectfully submitted,

                                                          _____/s/_____
                                                          SETH GINSBERG
                                                          Attorney at Law
                                                          5 Hanover Square, Suite 500
                                                          New York, New York 10004
                                                          212-537-9202
                                                          646-607-8597 (fax)
                                                          srginsberg@mac.com