# DOAR RIECK KALEY & MACK
### ATTORNEYS AT LAW

JOHN JACOB RIECK, JR.
JOHN F. KALEY
WALTER MACK
EDWARD SCARVALONE
———
SPECIAL COUNSEL
JOHN DOAR
———
OF COUNSEL
AMY ROTHSTEIN
EILEEN MINNEFOR
DAVID RIVERA
JAMES I. WASSERMAN

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911
———
TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

November 1, 2011

**VIA ECF Filing**
Hon. Sterling Johnson, Jr.
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Angelo Ruggiero
                09 Cr. 135 (SJ)

Dear Judge Johnson;

      On October 25, 2011, the Court appointed me as "Curcio" counsel for Angelo Ruggiero. At that time, trial of the defendant was scheduled for November 7, 2011 and the Court scheduled a "Curcio" hearing for Friday, November 4, 2011. I am advised that the trial now has been adjourned.

      I write now to request that the "Curcio" hearing scheduled for November 4, 2011 be adjourned to November 17, 2011 at 9:30 a.m., which I understand is an available date and time on the Court's calendar. This adjournment is being requested because I need additional time to meet with Mr. Ruggiero to discuss the "Curcio" issues raised by the Government. I have discussed this request with AUSA Kasulis and with Seth Ginsberg, counsel for Mr. Ruggiero. Both consent to the adjournment and both are available on the date/time requested.

      Thank you for your consideration of this request.

                                            Respectfully yours,

                                            John F. Kaley

cc:    AUSA Jacquelyn Kasulis
        Seth Ginsberg, Esq.
        (Both via ECF filing)