

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JMK
F.#2009R00579

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 30, 2011

**By ECF**

Charles F. Carnesi, Esq.          Seth Ginsberg, Esq.
1225 Franklin Avenue              5 Hanover Sq.
Suite 325                         Suite 500
Garden City, New York 11530       New York, New York 10004

       Re:  United States v. Angelo Ruggiero, Jr.
            Criminal Docket No. 09-135 (S-6) (SJ)

Dear Counsel:

    Enclosed please find additional discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The discovery listed below has been forwarded to First Choice Copy (Jagg Management), order number **60099**. You may access these materials by calling Joe Meisner, who can be reached by phone at (718) 381-1480, ext. 212.

    The government renews its request that the defendant provide reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure.

| BOX | TYPE | DESCRIPTION |
|---|---|---|
| 88 | Documents | Angelo Ruggiero, Jr.'s "central file" from the U.S. Bureau of Prisons |
| 89 | Documents | Visitor logs from FCI Jesup from approximately July 2009 to March 2010 |
| 90 | Documents | The unit log book for the "DB" housing unit at FCI Jesup from approximately August 2008 to September 2009 |

2

| BOX | TYPE | DESCRIPTION |
|---|---|---|
| 91 | Documents | The "DB" housing unit log documenting inmate violations at FCI Jesup from approximately June 2009 to December 2010 |
| 92 | Documents | Schematic of the "DB" housing unit at FCI Jesup |

Please contact me if you have any questions or requests.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:    /s/
Jacquelyn M. Kasulis
Whitman G.S. Knapp
Assistant U.S. Attorneys
(718) 254-6103/6107

cc: Clerk of Court (SJ) (without enclosures) (by ECF)