

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

WK                                          *271 Cadman Plaza East*
F.#2009R00579                               *Brooklyn, New York  11201*

March 20, 2012

**By ECF**

Charles F. Carnesi, Esq.          Seth Ginsberg, Esq.
1225 Franklin Avenue              5 Hanover Sq.
Suite 325                         Suite 500
Garden City, New York 11530       New York, New York 10004

          Re:  United States v. Angelo Ruggiero, Jr.
               Criminal Docket No. 09-135 (S-6) (SJ)

Dear Counsel:

          Enclosed please find additional discovery in accordance
with Rule 16 of the Federal Rules of Criminal Procedure.  The
discovery listed below has been forwarded to First Choice Copy
(Jagg Management), order number **60135**.  You may access these
materials by calling Joe Meisner, who can be reached by phone at
(718) 381-1480, ext. 212.

          The government renews its request that the defendant
provide reciprocal discovery under Rule 16(b) of the Federal
Rules of Criminal Procedure.

| BOX | TYPE | DESCRIPTION |
|-----|------|-------------|
| 93 | Documents | Affidavit in support of an application for search warrants. United States v. Premises Known and Described as 1041 East 46th Street, Brooklyn, New York, a One Story Brick, Commercial Warehouse Building, et al., 05-MJ-223 (WDW) (E.D.N.Y.) |
| 93 | Documents | Affirmation in support of an application regarding electrical connections at 1041 East 46th Street, Brooklyn, New York.  05-MJ-223 (WDW) (E.D.N.Y.) |

| BOX | TYPE | DESCRIPTION |
|---|---|---|
| 93 | Documents | Affidavit in support of an application for search warrants. <u>United States v. Premises Known and Described as 21315 56th Avenue, Oakland Gardens, Bayside, Queens, New York, a One Family, Two Story Tudor Style House, the Residence of Michael and Viviana Lezamiz, with a Detached Garage, et al.</u>, 05-MJ-272 (MLO) (E.D.N.Y.) |
| 93 | Documents | Affidavit in support of an application for a search warrant. <u>United States v. A Residence of Lisa Lezamiz-Zuccaro and Peter Zuccaro, Further Described as the Premises Known as Building #1755, Dingle Hill Road, Andes, New York, 13731; a Single Family, Two Story Frame Construction Dwelling, and Curtillage</u>, 05-MJ-123 (DEP) (N.D.N.Y.) |
| 93 | Photographs | Photographs relating to the search of Building #1755, Dingle Hill Road, Andes, New York, 13731. |
| 93 | CD | Photographs relating to the search of 1041 East 46th Street, Brooklyn, New York |
| 93 | CD | Photographs of Universal Auto Parts, 1175 Flushing Avenue, Brooklyn, New York, January 15, 2007 |
| 93 | CD | Photographs of Universal Auto Parts, 1931 Flushing Avenue, Brooklyn, New York, January 19, 2007 |
| 93 | CD | Video footage of grow house at 1041 East 46th Street, Brooklyn, New York (1 of 2) |
| 93 | CD | Video footage of grow house at 1041 East 46th Street, Brooklyn, New York (2 of 2) |

3

Please contact us if you have any questions or requests.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By: _____/s/_____

Jacquelyn M. Kasulis
Whitman G.S. Knapp
Assistant U.S. Attorneys
(718) 254-6103/6107

cc: Clerk of Court (SJ) (without enclosures) (by ECF)