

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

WK
F.#2009R00579

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 29, 2012

**By ECF**

The Honorable Sterling Johnson
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  United States v. Angelo Ruggiero, Jr.
>      Criminal Docket No. 09-135 (S-6) (SJ)

Dear Judge Johnson:

   The government respectfully submits this letter to request an adjournment – from May 31, 2012 until June 14, 2012 – of the date by which the parties must submit a joint proposed jury questionnaire to the Court.  In light of the recently extended July 9, 2012 date that has been set for the jury questionnaire process to take place in the Ceremonial Courtroom, the government respectfully submits that the proposed June 14, 2012 submission date will provide adequate time for the Court to review the joint questionnaire before the parties provide it to the Jury Administrator.  The government has conferred with counsel for the defendant, Seth Ginsberg, Esq., and he does not oppose this application.

                                 Respectfully submitted,

                                 LORETTA E. LYNCH
                                 United States Attorney

                         By:      /s/
                                 Whitman G.S. Knapp
                                 Jacquelyn M. Kasulis
                                 Assistant United States Attorneys
                                 (718) 254-6107/6103

cc:  Counsel for Angelo Ruggiero, Jr. (by ECF)
     Clerk of Court (SJ) (by ECF)