# SETH GINSBERG
ATTORNEY AT LAW

June 8, 2012

Honorable Sterling Johnson, Jr.
United States District Judge
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *United States v. Angelo Ruggiero*, **09-cr-135 (SJ)**

Dear Judge Johnson:

  Earlier this week, the Court scheduled a status conference for Monday, June 11, at 9:30AM. When counsel for the defendant informed the Court's deputy that they are unavailable that morning, the Court rescheduled the appearance for Monday, June 11, at 2PM. Unfortunately, counsel for the government is unavailable on Monday afternoon. The Court's deputy has informed me that the Court is unavailable for the remainder of next week and that we, therefore, should propose a date during the week of June 18.

  Accordingly, the parties respectfully request that the Court reschedule the conference for Monday, June 18, at 9:30AM.

Respectfully,


_____/s/_____
Seth Ginsberg

cc: Government Counsel (via ECF)